UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

NICHOLAS GLADISH,           )
                            )
        Plaintiff,          )
                            )
v.                          )   Case No. 3:20-cv-00108-JPH-MPB
                            )
THE CITY OF EVANSVILLE and  )
DREW MURRAY,                )
                            )
        Defendants.         )

*The Court acknowledges the Stipulation of Dismissal, dkt. 15. JPH, 9/29/2020 Distribution via ECF.*

## STIPULATION OF DISMISSAL

Comes now the Plaintiff, Nicholas Gladish, by counsel, Robert D. King, Jr., and come now the Defendants, the City of Evansville and Drew Murray, by counsel, Keith W. Vonderahe, and advise the Court that all parties have executed a Settlement and Release Agreement dated effective the 30th day of July, 2020, pursuant to which they have agreed to stipulate to the dismissal with prejudice of the within cause, each party bearing its or their own costs and attorney fees.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(ii), the parties, by and through their respective attorneys, do now hereby stipulate that the within cause be, and is hereby, in all respects dismissed with prejudice and that each party shall bear its and/or their own costs and attorney fees herein.

Respectfully submitted,

*/s/ Robert D. King, Jr.*
Robert D. King, Jr.
Attorney for Plaintiff

*/s/ Keith W. Vonderahe*
Keith W. Vonderahe
Attorney for Defendants